IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     v.      :      CRIMINAL ACTION NO. 20-207
     :      CIVIL ACTION NO. 23-2063
JOSHUA OBED ALTRUZ      :

## ORDER

**AND NOW**, this 2nd day of June, 2023 after considering the motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody filed by the *pro se* movant, Joshua Obed Altruz (Doc. No. 44) and the applicable record in this case; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Doc. No. 44) is **DISMISSED**;

2. The clerk of court shall serve a copy of this order and the separately-filed memorandum opinion upon the movant, Joshua Obed Altruz, at his address of record;

3. The court **DECLINES** to issue of a certificate of appealability; and

4. The clerk of court is **DIRECTED** to **CLOSE** Civil Action No. 23-2063.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.